

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:NAM
F.#2004V01402
ExtExpRep.wpd

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*    *147 Pierrepont Street*
*Brooklyn, New York 11201*

February 28, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAR 6 2006 ★

**BROOKLYN OFFICE**

**BY ECF**

Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Hlinka v. USA,*
       <u>Civil Action No. CV-04-3121 (EDNY)(ERK)(JA)</u>

Dear Magistrate Judge Azrack:

        The United States of America respectfully requests that its time to serve its Federal Rule of Civil Procedure Rule 26 expert reports with respect to the above-referenced action be extended from February 28, 2006 to March 10, 2006.

        This request is necessary as the undersigned has been out of the office to attend to serious medical issues affecting her elderly mother who suffers ill health. The undersigned has discussed this matter with Maria Del Pilar Ocasio-Douglas, Esq., counsel for plaintiff, who has consented to this extension.

        Thank you for Your Honor's consideration of this matter.

                            Respectfully submitted,

                            ROSLYNN R. MAUSKOPF
                            United States Attorney

                    By:    _____

                            NANCY A. MILLER
                            Assistant U.S. Attorney
                            (718) 254-6031

cc:    Maria Del Pilar Ocasio-Douglas
       Bauman, Kunkis & Ocasio-Douglas
       14 Penn Plaza
       225 West 34th Street
       New York, N.Y. 10122

*app. granted*

s/Joan M. Azrack

*USMJ*
*3/1/06*